UNITED STATED BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:   EVERETT DAVIS and                     Case No. 12-33624-dof
         ARITHA DAVIS                          Chapter 13 Proceeding
                 Debtors.                      Hon. Daniel S. Opperman

# ORDER SETTING ASIDE JANUARY 18, 2013, ORDER CONFIRMING PLAN AS TO MELODY DAVIS ONLY

Creditor Melody Davis, by her attorney Scott Stensaas, filed her Motion for Relief from Order Confirming Plan As To Creditor Melody Davis in accordance with Local Bankruptcy Rule 9014-1, Melody Davis and the Debtors having filed their briefs and supplemental briefs, and the Court having issued its Opinion Setting Aside January 18, 2013 Order Confirming Plan As To Melody Davis Only, as Docket no 125, the Court now enters this Order.

   IT IS HEREBY ORDERED that the January 18, 2013, Order Confirming Plan, docket no. 43, is set aside and vacated as to Melody Davis, only;

   IT IS FURTHER ORDERED that Creditor Melody Davis shall have sixty days from the date of this Order to file a Proof of Claim, and an additional thirty days to file objections to the debtor's Plan or any amended plan which Debtor may file;

   IT IS FURTHER ORDERED that the Chapter 13 Trustee shall have fourteen days to review the Proof of Claim, once it is filed, and provided that the claim filed comports with this Court's Local Rules and the Bankruptcy Code, it shall be treated as a timely filed claim;

   IT IS FURTHER ORDERED that the Chapter 13 Trustee shall not be required to recoup any funds previously disbursed;

IT IS FURTHER ORDERED that the issue of dischargeability under 11 USC 1328 of Creditor Melody Davis' claim and the subject debt owed to Melody Davis as a domestic support obligation shall be deemed determined by the Court's findings and conclusions set forth in the Court's September 23, 2014 Opinion Regarding Debtors' Motion For Contempt, Docket No 118.
.

**Signed on February 10, 2015**

                                         **/s/ Daniel S. Opperman**
                                         **Daniel S. Opperman**
                                         **United States Bankruptcy Judge**